**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** | * | |
| *Plaintiff,* | * | |
| v. | * | Civil Action No. 1:19-cv-00696-ADC |
| **WILLIAM BAKER,** *et al.* | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their counsel, hereby files this dismissal *with* prejudice of this action.

Respectfully submitted,

  /s/ Adam G. Smith
Paul J. Weber (Bar No. 03570)
Adam G. Smith (Bar No. 19241)
Sean P. Hatley (Bar No. 20139)
Amanda C. Sprehn (Bar No. 28071)
HYATT & WEBER, P.A.
200 Westgate Circle, Suite 500
Annapolis, Maryland 21401
Phone:       (410) 266-0626
Facsimile:   (410) 841-5065
Email:       pweber@hwlaw.com
Email:       adamsmith@hwlaw.com
Email:       sphatley@hwlaw.com
Email:       asphren@hwlaw.com

*Counsel for Plaintiff
Allstate Insurance Company*

        */s/ Patrice Meredith Clarke*
Stephan Y. Brennan (Bar No. 23597)
Patrice Meredith Clarke (Bar No. 18824)
Iliff, Meredith, Wildberger & Brennan, P.C.
Patriots Plaza, Suite 201-203
8055 Ritchie Highway
Pasadena, Maryland 21122
Phone:		(410) 685-1166
Facsimile:	(410) 685-1233
Email:		steve@ilimer.com
Email:		Patrice@ilimer.com

*Counsel for Defendant*
*William Baker*


        */s/ Brian M. Spern*
Brian M. Spern, Esquire (#27221)
3701 Old Court Road, #24
Pikesville, MD 21208
Brianspern@yahoo.com

*Counsel for Defendants*
*Stanley Rochkind; Rhoda Rochkind; Dear*
*Management & Construction Company; Jack*
*Novograd; and Charles Runkles;*